UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE ST. CLAIR, | ) | 1:05CV1774 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | (Magistrate Judge Kenneth S. McHargh) |
| v. | ) | |
| | ) | |
| AEROTEK AUTOMOTIVE, et al., | ) | |
| | ) | |
| Defendants | ) | MEMORANDUM AND |
| | ) | <u>ORDER</u> |

McHARGH, MAG. J.

This action was dismissed by the court on June 2, 2006, based on the parties' representation that the case had been settled. The court retained jurisdiction to vacate the dismissal, upon cause shown that the settlement had not been completed. (Doc. 23.)

The plaintiff, Jane St. Clair ("St. Clair"), has filed a "Motion to enforce oral in court settlement and/or written settlement," on June 27, 2007. St. Clair claims that the defendants have failed to fulfill the settlement agreement. (Doc. 24.)

To date, the defendants have not responded to the St. Clair's motion. The defendants are hereby ORDERED to respond to the motion to enforce the settlement agreement, on or before Wednesday, Sept. 12, 2007.

IT IS SO ORDERED.

Dated: Sept. 7, 2007                                         /s/ Kenneth S. McHargh
                                                                                       Kenneth S. McHargh
                                                                                       United States Magistrate Judge